# Court of Appeals
# of the State of Georgia

ATLANTA, July 17, 2026

*The Court of Appeals hereby passes the following order*

**A26I0255. RAM PARTNERS, LLC, ET AL. v. KATORI MACON, ET AL.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

22EV005627



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, July 17, 2026.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*